**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 31, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30477

PYBURN & ODOM, INC.,

Plaintiff-Appellant,

versus

MONTGOMERY WATSON AMERICAS, INC.,

Defendant-Appellee,

Appeal from the United States District Court
for the Eastern District of Louisiana
00-CV-807

Before JONES, DENNIS and PICKERING, Circuit Judges.

PER CURIAM:[*]

        The court has carefully considered this appeal in light

of the briefs, oral arguments and pertinent parts of the record.

Having done so, we find no reversible error of fact or law and

affirm for essentially the reasons stated by the district court.

        **AFFIRMED.**

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.